sory Guidelines range. The court expressed concern over, among other things, the severity of the offense and the need to provide an adequate deterrent effect. *See id.* at 461 (court abuses discretion when it fails to consider relevant factor, gives significant weight to irrelevant or improper factor, or considers appropriate factors but commits clear error of judgment in weighing factors; if sentence is within Guidelines range, appellate court may apply presumption of reasonableness).

Finally, having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for review. Accordingly, we affirm the judgment of the district court.

Harol R. Beisel, Springdale, AR, pro se.

Scott T. Vaughn, Hilburn & Calhoon, North Little Rock, AR, for Defendant–Appellee.

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Harol Beisel appeals the district court's [1] dismissal of his civil complaint. Upon our careful de novo review, *see McAdams v. McCord,* 584 F.3d 1111, 1113 (8th Cir.2009) (standard of review), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Harol R. BEISEL, Plaintiff–Appellant**

v.

**WELLS FARGO BANK, N.A.,**
**Defendant–Appellee.**

No. 12–2029.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 5, 2012.

Filed: Oct. 11, 2012.

**Richard WRIGHT, Plaintiff–Appellant**

v.

**Michael J. ASTRUE, Social Security**
**Commissioner, Defendant–**
**Appellee.**

No. 12–1198.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 19, 2012.

Filed: Oct. 12, 2012.

---

1. The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).